FILED
2017 JUN -2 PM 12: 16

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 17MJ01382 |
| v. | |
| JONATHAN EDWARD MILLS | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: VIOLATION PETITION
in the NORTHERN District of CALIFORNIA on MAY 30, 2017
at 11:25 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about APRIL 2017
in violation of Title 18 U.S.C., Section(s) 3583
to wit: SUPERVISED RELEASE VIOLATION

A warrant for defendant's arrest was issued by: CLERK OF THE COURT

Bond of $N/A was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): WARRANT and PETITION

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 6/2/17 , by
_____, Deputy Clerk.

Signature of Agent

R. REYNA
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT