# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>V.<br><br>JONATHAN EDWARD MILLS | PLAINTIFF<br><br><br><br>DEFENDANT | CASE NUMBER: **17MJ01382**<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/2/2017 - 11:00 ☒ AM ☐ PM

*FILED 2017 JUN -2 PM 12: 16*

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 3583 - PROBATION VIOLATION

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: SYBLE SMITH

10. Remarks (if any): _____

11. Name: _R. REYNA_ (please print)

12. Office Phone Number: 213-894-2485

13. Agency: USMS

14. Signature: _[signature]_

15. Date: 6/2/2017