UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Western Division |
|---|---|
| vs. | Case Number: 2:17-MJ-01382 |
| Jonathan Edward Mills | Initial App. Date: 06/02/2017 |
| | Initial App. Time: 2:00 PM |
| Defendant. | Date Filed: 06/02/2017 |
| | Violation: 18:3583 |
| | CourtSmart/Reporter: C/S 06/02/17 |

Out of District Affidavit
Custody

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jacqueline Chooljian**

**CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Rashad, Hana | Sarah Lee | None
Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☑ removal hearing / Rule 20
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Kim Savo, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to Northern District of California
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☑ Warrant of removal and final commitment to issue. Date issued: 6/2/17 By CRD: HR
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA ☐ USPO | ☑ FINANCIAL | ☐ READY
Deputy Clerk Initials: HR
2 min.